大成 DENTONS

**Karla Del Pozo García**
Associate

karla.delpozogarcia@dentons.com
D    +1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

> **MEMO ENDORSED**
>
> The parties' request is DENIED.  The deadline to file an answer to the Complaint is extended by 45 days from March 17, 2022 to May 1, 2022.  It is SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated:  3/17/2022
> New York, New York

March 17, 2022

<u>VIA ECF</u>

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     *Tavarez-Vargas v. Ultra PRO International LLC*, Case No. 1:21-cv-09835-ER

Dear Judge Ramos:

We represent Defendant Ultra PRO International LLC ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from March 17, 2022 to May 2, 2022.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:     All counsel of record (by ECF)

**Sirote** ▶ **Adepetun Caxton-Martins Agbor & Segun** ▶ **Davis Brown** ▶ **East African Law Chambers** ▶ **Eric Silwamba, Jalasi and Linyama** ▶ **Durham Jones & Pinegar** ▶ **LEAD Advogados** ▶ **Rattagan Macchiavello Arocena** ▶ **Jiménez de Aréchaga, Viana & Brause** ▶ **Lee International** ▶ **Kensington Swan** ▶ **Bingham Greenebaum** ▶ **Cohen & Grigsby** ▶ **Sayarh & Menjra** ▶ For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms